UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:09CR794 HEA |
| | ) | |
| FRANCISCO PEREZ-GOVEA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing set in this matter for Monday, June 7, 2010, is reset to Wednesday, June 9, 2010, at 10:30 a.m. in courtroom 17 South.

Dated this 2nd day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE